UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-1056**

UNITED STEEL, PAPER AND FORESTRY RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,
Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

**ORDER**

The above-captioned petition for review is hereby transferred to the United States Court of Appeals for the Eighth Circuit in accordance with the order of the United States Judicial Panel on Multidistrict Litigation entered January 22, 2025.

For the Court,

*Patricia A Dodszuweit*

Patricia S. Dodszuweit. Clerk

Dated: January 23, 2025
Amr/cc: All counsel of record

**A True Copy:**

*Patricia A Dodszuweit*

Patricia S. Dodszuweit, Clerk